Royston, by guardian, vs. Wilson.

*November 25 — December 13, 1881.*

*Plea to plaintiff's competency to bring the suit.*

The person by whom this action was brought claiming as guardian of Royston under the proceeding adjudged invalid in the foregoing case, and the defendant herein having pleaded in abatement that such person was not the legal guardian of said Royston, the court erred in finding against defendant on that plea.

APPEAL from the Circuit Court for *Dane* County.

Replevin, brought by *Jones* as guardian of John Royston. Defendant appealed from a judgment in favor of the plaintiff.

For the appellant there was a brief by *Keyes & Chynoweth*, and oral argument by *Mr. Chynoweth*.

For the respondent there was a brief by *Vilas & Bryant*, and oral argument by *Mr. Bryant*.

TAYLOR, J.   This action was brought by the respondent, as guardian of John Royston, to recover the property of · said Royston in the hands of the appellant, *Wilson*.   The appellant contested the right of the respondent to recover, on the ground.

that he was not the guardian of the said Royston. The same record of the proceedings of the county court of Dane county, showing the appointment of *Jones* as guardian, was relied upon by the respondent to show his right as guardian, which was under discussion in the opinion in the matter of the appeal of John Royston from the order of the county court of Dane county appointing a guardian of his person and estate, herewith filed. Having decided in that matter that the proceedings of the county court appointing *Jones* guardian were void for want of jurisdiction in the county court, it follows that the circuit court erred in finding against the appellant upon his plea in abatement. The evidence offered by the respondent failed to show that he was the duly appointed guardian of John Royston; and, having failed in that, he failed to show any right to maintain his action against the appellant to recover the property of said Royston.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded with directions to that court to enter judgment dismissing the plaintiff's complaint.